**LAW OFFICES OF PAMELA BROWN BLACKBURN**
Pamela Brown Blackburn
Ste. 101, Marianas Business Plaza
P.O. Box 5077
Saipan, MP 96950
Tel.   670.234.9480
Fax.   670.234.9487
pbrown52@gmail.com

*Attorney for Plaintiff*

F I L E D
Clerk
District Court
OCT 27 2016
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR
THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **CARLTON STEVENS,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**COMMONWEALTH UTILITIES CORPORATION,**<br><br>**Defendant.** | CIVIL CASE NO. 14-00015<br><br>**ORDER GRANTING MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)** |

The parties have filed a stipulated motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) with the Court retaining jurisdiction to enforce the terms of the Confidential Settlement Agreement and Mutual Release. *See* ECF No. 63.

**WHEREFORE**, the Court **GRANTS** the parties' Stipulated Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Pursuant to the parties' stipulation, the Court retains jurisdiction to enforce the terms of the agreement.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Designated Judge
Dated: Oct 27, 2016